UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kathy G. Faaborg<br>                     Debtor(s) | |
| Toyota Motor Credit Corporation<br>                     Movant<br>         v.<br>Kathy G. Faaborg<br>                     Respondent<br>         and<br>Natalie Lutz Cardiello Esq.<br>                     Additional Respondent | BK. NO. 14-24300 CMB<br><br>CHAPTER 7<br>Related to Docket # 73 |

## ENTERED BY DEFAULT

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 31st day of May, 2017, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2011 TOYOTA COROLLA , VIN: JTDBU4EE3B9140521, , in a commercially reasonable manner.

_Carlota M. Böhm_
United States Bankruptcy Judge    **dms**

cc: See attached service list:

FILED
5/31/17 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Kathy G. Faaborg
127B Connie Drive
Pittsburgh, PA  15214

Kenneth Steidl
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

Natalie Lutz Cardiello Esq.
107 Huron Drive
Carnegie, PA 15106

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kathy G. Faaborg  
    Debtor

Case No. 14-24300-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: May 31, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
```
db             +Kathy G. Faaborg,    127B Connie Drive,    Pittsburgh, PA 15214-1251
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    United Security Financial Corporation
               ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Kathy G. Faaborg julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Miller    on behalf of Creditor    United Security Financial Corporation
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 9
```