**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kathy G. Faaborg** | | Social Security number or ITIN   **xxx–xx–8978** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14–24300–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathy G. Faaborg

<u>6/15/17</u>

**By the court:**  <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-24300-CMB
Kathy G. Faaborg                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 2          Date Rcvd: Jun 15, 2017
                             Form ID: 318         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db         #+Kathy G. Faaborg,   127B Connie Drive,   Pittsburgh, PA 15214-1251
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
14039266   +Bellevue Borough,   c/o Pa.M.S,   336 Delaware Ave.,  Dept. W-83,   Oakmont, PA 15139-2138
13945870    Bill Me Later,   c/o Paypal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
13945872   +Comcast,   300 Corliss Street,   Pittsburgh, PA 15220-4864
14335578    ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13945874    Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
13945875   +McCabe, Weisberg & Conway,   Suite 2080,   123 South Broad Street,
              Philadelphia, PA 19109-1031
13945876    Northgate School District,   c/o Pennsylvania Municipal Service,   336 Delaware Avenue,
              Dept. P-NG,   Oakmont, PA 15139-2138
14043282   +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13981647   +Township of Ross,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13945885   +United Security Financial,   dba Dovenmuehle Mortgage, Inc.,   1 Corporate Drive, Suite 360,
              Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QNLCARDIELLO.COM Jun 16 2017 00:53:00   Natalie Lutz Cardiello,   107 Huron Drive,
              Carnegie, PA 15106-1826
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:00:58   Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
13945869   +EDI: RMSC.COM Jun 16 2017 00:53:00   Amazon Plcc,   c/o GE Capital Retail Bank,
              PO Box 103104,   Roswell, GA 30076-9104
13970283    EDI: AIS.COM Jun 16 2017 00:53:00   American InfoSource LP as agent for,   Verizon,
              PO Box 248838,   Oklahoma City, OK  73124-8838
14394543   +E-mail/Text: bncmail@w-legal.com Jun 16 2017 01:01:13   COMENITY CAPITAL BANK,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13945871    EDI: CAPITALONE.COM Jun 16 2017 00:53:00   Capital One Bank USA NA,   P. O. Box 30281,
              Salt Lake City, UT 84130-0281
13987851   +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 16 2017 01:01:29   Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St.,  Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13945873   +EDI: RMSC.COM Jun 16 2017 00:53:00   JC Penney,   c/o GE Capital Retail Bank,   PO Box 103104,
              Roswell, GA 30076-9104
13945877   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:00:58   PA Department of Revenue,
              Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
13945878    EDI: PRA.COM Jun 16 2017 00:53:00   Portfolio Recovery Associates,   120 Corporate Boulevard,
              Norfolk, VA 23502
13995400    EDI: PRA.COM Jun 16 2017 00:53:00   Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
13948689    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:00:58
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg PA  17128-0946
13945879   +EDI: RMSC.COM Jun 16 2017 00:53:00   QVC,   c/o GE Capital Retail Bank,   PO Box 103104,
              Roswell, GA 30076-9104
13951508    EDI: AGFINANCE.COM Jun 16 2017 00:53:00   Springleaf Financial Services,   PO Box 3251,
              Evansville, IN 47731
13945881   +EDI: RMSC.COM Jun 16 2017 00:53:00   SYNCB/JCP,   PO Box 965007,   Orlando, FL 32896-5007
13945880   +EDI: AGFINANCE.COM Jun 16 2017 00:53:00   Springleaf Financial fka AGF,   601 NW 2nd Street,
              Evansville, IN 47708-1013
13957189   +E-mail/Text: bncmail@w-legal.com Jun 16 2017 01:01:13   TD BANK USA, N.A.,
              C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13945883   +EDI: WTRRNBANK.COM Jun 16 2017 00:53:00   TD Bank USA,   PO Box 673,
              Minneapolis, MN 55440-0673
13945884    EDI: TFSR.COM Jun 16 2017 00:53:00   Toyota Motor Credit Corporation,   PO Box 8026,
              Cedar Rapids, IA 52409-8026
13945882    EDI: WTRRNBANK.COM Jun 16 2017 00:53:00   Target Card Services,   PO Box 660170,
              Dallas, TX 75266-0170
13949721    EDI: TFSR.COM Jun 16 2017 00:53:00   Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
              Cedar Rapids, Iowa 52408-8026
14041248   +E-mail/Text: electronicbkydocs@nelnet.net Jun 16 2017 01:01:11   U.S. Department of Education,
              C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
13945886   +EDI: VERIZONWIRE.COM Jun 16 2017 00:53:00   Verizon Wireless,   1 Verizon Place,
              Alpharetta, GA 30004-8510
13945887   +EDI: RMSC.COM Jun 16 2017 00:53:00   WalMart,   c/o GE Capital Retail Bank,   PO Box 103104,
              Roswell, GA 30076-9104
                                                                                    TOTAL: 24

```
District/off: 0315-2        User: amaz            Page 2 of 2          Date Rcvd: Jun 15, 2017
                           Form ID: 318           Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            Township of Ross
cr            Toyota Motor Credit Corporation
cr            United Security Financial Corporation
cr*           ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
14335580*     ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
                                                         TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    United Security Financial Corporation
              ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com,  cnoroski@grblaw.com
              Kenneth  Steidl    on behalf of Debtor Kathy G. Faaborg julie.steidl@steidl-steinberg.com,
              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
              nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
              tcase.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
              rive.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcyj@peoples-gas.com;srk@sjwpgh.com
              William E. Miller    on behalf of Creditor    United Security Financial Corporation
              wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                        TOTAL: 9
```